UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA, FOR THE USE OF STONEBRIDGE CONSUTRCUCTION SERVICES, LLC,

Plaintiff/Counter-Defendant,

vs.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY,

Case No.: 3:19-cv-00514-BJD-PDB

Defendant/Counter-Plaintiff,

vs.

DEVELOPERS SURETY AND INDEMNITY COMPANY,

Defendant.
_______________________________________________/

**DEVELOPERS SURETY AND INDEMNITY COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Third-Party Defendant, Developers Surety and Indemnity Company, discloses the following pursuant to this Court's interested Persons and Corporate Disclosure Statement order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case.

**Answer:**

**Party:** **Developers Surety and Indemnity Company is a privately held subsidiary in California and is wholly owned by Insco Insurance Services, Inc. Insco Insurance Services, Inc. is a privately held company and is wholly owned by AmTrust Financial Services, Inc. AmTrust Financial Services, Inc. is a privately held company and is the ultimate parent company of Developers Surety and Indemnity Company**

**Attorney:** **Mills Paskert Divers**

**Party:** **Stonebridge Construction Services, LLC**
**Attorney:** **Durant, Schoeppel & Decunto, P.A.**

**Party:** **North American Specialty Insurance Company**
**Attorney:** **Etcheverry Harrison, LLP**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Answer: None.**

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Answer: None; other than the parties.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Answer: None; other than the parties.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

*s/ Carolina Saavedra Eason*

TY G. THOMPSON, ESQ.
Florida Bar No. 0585041
Email: tthompson@mpdlegal.com
Secondary: mlewis@mpdlegal.com
CAROLINA SAAVEDRA EASON, ESQ.
Florida Bar No. 118408
Email: csaavedraeason@mpdlegal.com
MILLS PASKERT DIVERS
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
813-229-3500 – telephone
*Counsel for Developers Surety and Indemnity Company*

**CERTIFICATE OF SERIVCE**

I HEREBY CERTIFY that on December 13, 2019, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will serve a copy via electronic mail to all counsel of record.

*s/ Carolina Saavedra Eason*
Attorney